| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) deGravelles, John W. | 2. Court or Organization US District Court, Louisiana, Middle District | 3. Date of Report 11/29/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

John W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | deGravelles Enterprises, LLC |
| 2. | Member | deGravelles Family II, LLC |
| 3. | Member | deGravelles Family III, LLC |
| 4. | Partner | DPHF Company |
| 5. | Guest Lecturer and Instructor | Louisiana State University - Paul M. Hebert Law Center |
| 6. | Guest Lecturer | Tulane University Law School |
| 7. | Partner | Due', Dodson and deGravelles d/b/a Sharlow Terrace II - See Section VIII |
| 8. | Past President & Counselor | Dean Henry George McMahon Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/23/2014 | John Neale deGravelles, LLC - See Part VIII for terms |
| 2. | 12/20/2013 | deGravelles, Palmintier, Holthaus & Fruge' - See Part VIII for terms |
| 3. | 3/2/2016 | Louisiana State University - Lecturer - Course on Federal Courts - January 17, 2017 - April 27, 2017 |

| Name of Person Reporting | Date of Report |
| --- | --- |
| deGravelles, John W. | 11/29/2018 |

| | |
| --- | --- |
| 4. 6/18/2015 | Michael C. Palmintier, APLC - See Part VIII for terms |
| 5. 10/11/2016 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury - May 29, 2017 - June 16, 2017 |
| 6. 06/01/2017 | Louisiana State University - Lecturer - Course on Federal Courts - January 16, 2018 - May 9, 2018 |
| 7. 10/18/2017 | Louisiana State University - Lecturer - Comparative Maritime Personal Injury & Death - July 2, 2018 - July 19, 2018 |
| 8. 11/1/2017 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury - May 28, 2018 - June 15, 2018 |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Louisiana State University - Adjunct Faculty | $2,656.24 |
| 2. 2017 | West Publishing Corporation. - Book Royalties | $1,266.15 |
| 3. 2017 | The Administrators of the Tulane Education Fund - Guest Lecturer Fee | $8,000.00 |
| 4. 2017 | deGravelles, Palmintier, Holthaus, Fruge' - Prior Fees Earned - See Part II Agreements | $249,686.62 |
| 5. 2017 | John Neale deGravelles, LLC - Prior Fees Earned - See Part II Agreements | $385,713.16 |
| 6. 2017 | BP Deepwater Horizon MDL 2179 Settlement Awards Fee - Prior Fees Earned and Advanced Costs Recovered | $5,942,776.61 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase Bank | Mortgage on Rental Prop held in DPHF Company, LLC (Part VII, Line 138) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. deGravelles Enterprises, LLC - Wilkinson County, MS | | None | O | U | | | | | |
| 2. deGravelles Family II, LLC - Baton Rouge, LA | A | Rent | M | Q | | | | | |
| 3. deGravelles Family III, LLC - Wilkinson County, MS | | None | O | Q | | | | | |
| 4. Chase Cash Accounts | A | Interest | J | T | | | | | |
| 5. IRA #1 | | | | | | | | | |
| 6. -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 7. -Consulting Group Emrg Market Equity Invest (TEMUX) | A | Dividend | K | T | Buy (add'l) | 12/07/17 | J | | |
| 8. -Consulting Group International Equity Inv (TIEUX) | A | Dividend | K | T | Buy (add'l) | 12/07/17 | J | | |
| 9. -Consulting Group Large Cap Eq Inv (TLGUX) | D | Dividend | M | T | Buy (add'l) | 12/07/17 | J | | |
| 10. -Consulting Group Small MD Cap Eq Inv (TSGUX) | C | Dividend | L | T | Buy (add'l) | 12/07/17 | J | | |
| 11. Allianz Life Valuemark III Annuity | | | | | | | | | |
| 12. -AZL Emg Mkts Eq Index | | None | L | T | | | | | |
| 13. -Franklin Mutual Shares | | None | M | T | | | | | |
| 14. -Franklin Rising Dividends Secs | | None | N | T | | | | | |
| 15. -AZL MS Global Real Estate C1 | | None | M | T | | | | | |
| 16. -AZL Russell 1000 Growth IDX | | None | K | T | | | | | |
| 17. -AZL International Index | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -AZL Mid Cap Index Fund | None | | M | T | | | | | |
| 19.  Lincoln American Legacy Design 2 Annuity | | | | | | | | | |
| 20.  -American Fd International | None | | N | T | | | | | |
| 21.  -American Fd Growth - Income | None | | M | T | | | | | |
| 22.  -American Fd High Inc Bond | None | | M | T | | | | | |
| 23.  -American Fd Growth | None | | N | T | | | | | |
| 24.  Prudential Annuity | | | | | | | | | |
| 25.  -AST Loomis Sayles Large-Cap Growth | None | | L | T | | | | | |
| 26.  -AST MFS Growth | None | | L | T | | | | | |
| 27.  -AST T. Rowe Price Natural Resources | None | | K | T | | | | | |
| 28.  -AST JP Morgan International Equity | None | | K | T | | | | | |
| 29.  -AST Templeton Global Bond | None | | J | T | | | | | |
| 30.  -NVIT Emerging Markets Fund | None | | K | T | | | | | |
| 31.  -AST Goldman Sachs Mid Cap Growth | None | | L | T | | | | | |
| 32.  Transamerica Retirement Plus Annuity | | | | | | | | | |
| 33.  -BlackRock Global Alloc V1 | None | | | | Sold | 11/22/17 | O | G | |
| 34.  -BlackRock High Yield Fund | None | | | | Sold | 11/22/17 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BlackRock Gov't Money Market VI | | None | | | Sold | 11/22/17 | J | A | |
| 36. -BlackRock S&P 500 Index VI | | None | | | Sold | 11/22/17 | O | G | |
| 37. -PIMCO Total Return | | None | | | Sold | 11/22/17 | M | F | |
| 38. Eaton Vance Tax Managed Growth Fund | A | Dividend | L | T | | | | | |
| 39. Unit Quality Municipal National Long Term 109 MPS | B | Int./Div. | J | T | | | | | |
| 40. Morgan Stanley Managed Bond Account #1 | | | | | | | | | |
| 41. -Morgan Stanley Money Market Account | A | Interest | O | T | | | | | |
| 42. -California St Pub Wks Brd (X) | D | Interest | M | T | | | | | |
| 43. -California St General Obligation (Y) - See Note Part VIII | | | | | | | | | |
| 44. -Chicago IL Transit Auth | C | Interest | | | Sold | 08/24/17 | M | D | |
| 45. -Energy Northwest Wash Elec Col UM Generating | B | Interest | | | Sold | 10/24/17 | K | A | |
| 46. -Florida St Dept Transn Seaport Invt Program Rev | B | Interest | | | Sold | 08/31/17 | K | B | |
| 47. -Harris Cnty Tex Met Tran Auth Sales & Use | B | Interest | | | Sold | 11/16/17 | K | A | |
| 48. -Lucas Cnty Ohio Hosp Ref Rev Ser-D | A | Interest | | | Sold | 09/19/17 | K | B | |
| 49. -Metropolitan Transportation Auth NY Trans Rev Ref | C | Interest | | | Sold | 11/15/17 | L | A | |
| 50. -Metropolitan Transportation Auth NY Trans Rev Series B | C | Interest | M | T | | | | | |
| 51. -Metropolitan Trans Auth NY Rev-B | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -New Hampshire St Tpk Sys Rev | C | Interest | M | T | | | | | |
| 53. | -New Jersey Turnpike Authority | C | Interest | M | T | | | | | |
| 54. | -New York NY City Trnstnl Fin Auth | B | Interest | | | Sold | 05/07/17 | K | B | |
| 55. | -Reedy Creek FL Impt Dist Utilities Rev Ref-1 | C | Interest | L | T | | | | | |
| 56. | -San Antonio TX Wtr Sys Jr Lien Rev Ref-A | C | Interest | | | Sold | 08/17/17 | M | C | |
| 57. | -University Minn | D | Interest | | | Sold | 10/03/17 | M | D | |
| 58. | -Washington Hlth Care Facs | A | Interest | | | Sold | 01/10/17 | L | B | |
| 59. | -Dallas Tex Area Rapid Tran | C | Interest | | | Sold | 09/15/17 | M | C | |
| 60. | -Montgomery Tex Indpt Sch Dist | C | Interest | M | T | | | | | |
| 61. | -Wisconsin St Clean Wtr | C | Interest | | | Sold | 11/28/17 | M | B | |
| 62. | -Miami-Dade Cnty Fl Wtr and Swr | C | Interest | L | T | | | | | |
| 63. | -Port Auth NY & NJ Consolidated | C | Interest | M | T | | | | | |
| 64. | -Texas Transp Commn St Hwy Fund | C | Interest | M | T | | | | | |
| 65. | -Oregon St Dept of Admin Serv Lottery | D | Interest | M | T | | | | | |
| 66. | -Iowa Fin Auth Green St | D | Interest | M | T | | | | | |
| 67. | -Virginia St Pub Sch Auth | C | Interest | M | T | | | | | |
| 68. | -Washington St for Issues | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Michigan Dept of Transportation | C | Interest | L | T | | | | | |
| 70. | -Colorado Health Facs Auth | B | Interest | L | T | | | | | |
| 71. | -Metropolitan Trans Auth NY Dedicated | C | Interest | L | T | | | | | |
| 72. | -Boston Mass Wtr & Swr Comm | C | Interest | M | T | | | | | |
| 73. | -California St Genl Oblig Various | D | Interest | M | T | | | | | |
| 74. | -City of Chicago Chicago O'Hare Intl Airp | C | Interest | L | T | | | | | |
| 75. | -Delaware St General Oblig Ref-A | | None | M | T | Buy | 11/30/17 | M | | |
| 76. | -Minnesota St Var Purp Genl Oblig | | None | M | T | Buy | 09/28/17 | M | | |
| 77. | -North Tex Twy Auth Rev | | None | L | T | Buy | 10/13/17 | L | | |
| 78. | -Maryland St Dept Transn Cons | | None | M | T | Buy | 09/13/17 | M | | |
| 79. | -Michigan Fin Auth Hosp Rev Ref | C | Interest | L | T | Buy | 01/11/17 | L | | |
| 80. | -Indiana Fin Auth Health Sys | | None | K | T | Buy | 12/19/17 | K | | |
| 81. | -Alabama Fed Aid Hwy Fin Auth Spl Oblig | | None | M | T | Buy | 12/28/17 | M | | |
| 82. | -Triborough Bridge NY Tunnl Auth Genl | D | Interest | M | T | Buy | 03/20/17 | M | | |
| 83. | -Clark Cnty Nev Highway Impt Rev | A | Interest | M | T | Buy | 05/24/17 | M | | |
| 84. | -Iowa Fin Auth Health Facs Rev-E | | None | L | T | Buy | 12/27/17 | L | | |
| 85. | Morgan Stanley Managed Bond Account #2 | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 87. -Atlanta GA ARPT Passenger FAC | A | Interest | K | T | | | | | |
| 88. -District Columbia Income Tax Rev-F | A | Interest | J | T | | | | | |
| 89. -Dormitory Authority of the State of New York Stat | A | Interest | J | T | | | | | |
| 90. -Kentucky Turnpike Auth Econ Dev Rd | A | Interest | | | Sold | 04/21/17 | J | A | |
| 91. -Louisiana St Gasoline and Fuels Tax Revenue Ref Series A | A | Interest | | | Sold | 05/18/17 | J | A | |
| 92. -Louisiana St Highway Impt | A | Interest | | | Sold | 05/18/17 | J | A | |
| 93. -Minnesota Pub Facs Auth | A | Interest | J | T | | | | | |
| 94. -Missouri Hghwys & Transpt Commfirst Lien | A | Interest | J | T | | | | | |
| 95. -Ohio State Cap FACS Lease Appropriation Ser-B | A | Interest | | | Sold | 11/07/17 | J | A | |
| 96. -Phoenix Ariz Civic Impt Corp Wtr Sys Rev | A | Interest | | | Sold | 08/30/17 | J | A | |
| 97. -University Minn | A | Interest | | | Sold | 10/06/17 | J | A | |
| 98. -Utah Cnty Utah Hosp Rev Ice Health Services | A | Interest | K | T | | | | | |
| 99. -Miami-Dade Cnty FL WTR and SWR | A | Interest | | | Sold | 10/11/17 | J | A | |
| 100. -Louisiana St Gas & Fues Tax - B | A | Interest | | | Sold | 05/18/17 | J | A | |
| 101. -Garland Tex Indpt Sch Dist | A | Interest | J | T | | | | | |
| 102. -State of Oregon Genl Oblig | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Sales Tax Asset Receivable | A | Interest | J | T | | | | | |
| 104. -New Jersey St Tpk Auth | A | Interest | J | T | | | | | |
| 105. -Utility Debt Secur Auth | A | Interest | J | T | | | | | |
| 106. -Oklahoma City Okla Wtr Utils | A | Interest | J | T | | | | | |
| 107. -Tarrant Regl Wtr Dis Tex | A | Interest | J | T | | | | | |
| 108. -Wisconsin St Clean Wtr | A | Interest | | | Sold | 11/22/17 | J | A | |
| 109. -California St Genl Obl | A | Interest | J | T | | | | | |
| 110. -Massachusetts Wtr Res Auth | A | Interest | J | T | | | | | |
| 111. -Metropolitan Transn Auth NY | | None | J | T | Buy | 11/22/17 | J | | |
| 112. -Virginia College Bldg Auth VA EDL | A | Interest | J | T | Buy | 06/07/17 | J | | |
| 113. -Massachusetts St Transn Fd Rev | | None | J | T | Buy | 11/09/17 | J | | |
| 114. -North Texas Twy Auth Rev | | None | J | T | Buy | 10/13/17 | J | | |
| 115. -Texas A&M Univ Fin Sys | A | Interest | J | T | Buy | 06/07/17 | J | | |
| 116. -Florida St Board Ed Pub Ed Cap Outlay | A | Interest | J | T | Buy | 08/10/17 | J | | |
| 117. -Clark Cnty Nev Highway Impt | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 118. -Washington St General Oblig | | None | J | T | Buy | 09/27/17 | J | | |
| 119. -Ohio State Parks & Rec Cap | | None | J | T | Buy | 12/05/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Triborough Bridge NY Tunnel Auth | A | Interest | J | T | Buy | 01/13/17 | J | | |
| 121. Morgan Stanley Managed Stock Account | | | | | | | | | |
| 122. -Morgan Stanley Cash Mgmt Account | A | Interest | J | T | | | | | |
| 123. -CONSULTING GRP EMRG MKT EQ INV (TEMUX) | D | Dividend | N | T | Buy (add'l) | 03/16/17 | K | | |
| 124. | | | | | Sold (part) | 04/12/17 | J | A | |
| 125. | | | | | Sold (part) | 07/12/17 | J | A | |
| 126. | | | | | Sold (part) | 10/10/17 | J | B | |
| 127. | | | | | Buy (add'l) | 12/21/17 | L | | |
| 128. | | | | | Sold (part) | 12/26/17 | J | A | |
| 129. -CONSULTING GRP INTL EQ INVEST (TIEUX) | D | Dividend | O | T | Buy (add'l) | 03/16/17 | K | | |
| 130. | | | | | Sold (part) | 04/12/17 | J | A | |
| 131. | | | | | Buy (add'l) | 12/21/17 | M | | |
| 132. -CONSULTING GRP LG CP EQ INVEST (TLGUX) | F | Dividend | P1 | T | Sold (part) | 01/11/17 | J | A | |
| 133. | | | | | Buy (add'l) | 03/16/17 | L | | |
| 134. | | | | | Buy (add'l) | 12/21/17 | N | | |
| 135. -CONSULTING GRP SM CP EQ INVEST (TSGUX) | E | Dividend | P1 | T | Buy (add'l) | 03/16/17 | K | | |
| 136. | | | | | Buy (add'l) | 12/21/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 11/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley Cash Account #1 | A | Interest | O | T | | | | | |
| 138. DPHF Company, LLC - Baton Rouge, LA | E | Rent | O | U | | | | | |
| 139. Scott Fruge' - Personal Loan - Note Receivable | | None | N | T | | | | | |
| 140. Morgan Stanley Cash Account #2 | A | Interest | P1 | T | | | | | |
| 141. Jackson National Life Perspective Annuity | | | | | | | | | |
| 142. -JNL/MELLON CAPITAL S&P 500 IND | | None | O | T | Buy | 11/22/17 | O | | |
| 143. -JNL/MELLON CAPITAL S&P 400 MC | | None | M | T | Buy | 11/22/17 | N | | |
| 144. -JNL/MELLON CAPITAL INTL INDEX | | None | N | T | Buy | 11/22/17 | M | | |
| 145. -JNL/MC EMG MKTS INDEX | | None | M | T | Buy | 11/22/17 | M | | |
| 146. -JNL/MC S&P 1500 GRTH INDEX | | None | M | T | Buy | 11/22/17 | M | | |
| 147. -JNL/MC S&P 1500 VAL INDEX | | None | M | T | Buy | 11/22/17 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Positions - Due, Dodson and deGravelles d/b/a Sharlow Terrace II was formed in 1982 and has been dissolved for 30+ years; however, the entity continues to reflect an active status with the Louisiana Secretary of State's Office. The necessary steps are currently being taken to formally dissolve the Partnership.

Agreements - Additional Information:

John Neale deGravelles Law, LLC - The terms of the agreement are for a fixed and determinable amount (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for fees related to specific cases for which legal services were rendered prior to appointment to the bench should fees and/or advanced costs payments related to these cases be received by the firm of John Neale deGravelles Law, LLC.

deGravelles, Palmintier, Holthaus & Fruge' - The terms of the agreement are for a fixed calculation of fees (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for legal services rendered in specific cases prior to his appointment to the bench should fees related to these cases be received by deGravelles, Palmintier, Holthaus & Fruge'. The portion of fees that would be received by deGravelles, Palmintier, Holthaus & Fruge' and result in payment to John W. deGravelles is based upon an agreement dated April 20, 2010 between deGravelles, Palmintier, Holthaus & Fruge', Dodson, Hooks & Frederick, APLC and Walters, Papillion, Thomas, Cullens, LLC for the same specifc cases for which legal services were rendered prior to appointment to the bench and contains a fixed calculation of fees to be received by each group listed should fees be collected related to those cases.

Michael C. Palmintier, APLC - The terms of the agreement are for a fixed calculation of cost reimbursements (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for reimbursement of costs paid in a specific case prior to his appointment to the bench. The portion of reimbursement that would be received by Michael C. Palmintier, APLC and result in payment to John W. deGravelles is based upon an agreement dated June 18, 2015 between Michael C. Palmintier, APLC and the MR-GO Litigation Group.

Part VII -

Line 2 - Appraisal Dated - 9/3/2012

Line 3 - Appraisal Dated - 1/10/2014

The value of the annuities listed on lines 11 - 37 and lines 141 - 147 increase and decrease based on changes in market value.

(X) The investment listed on Line 42 was inadvertently marked as sold in 2016; however, it continues to be reportable in 2017; and therefore, has not been removed from the report.

(Y) The investment listed on Line 43 was sold in 2016; however, the sale and gain amounts were inadvertently reported as a sale of the current year investment shown on Line 42; therefore, this investment has no reportable information for the 2017 year and will be removed from subsequent year reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John W. deGravelles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544